| Information to identify the case: | | |
|---|---|---|
| Debtor 1<br>**Caleb Dalles Oberg**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6073<br>EIN  _ _ – _ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing)  **Anastasia Carla Oberg**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1644<br>EIN  _ _ – _ _ _ _ _ _ _ | |
| United States Bankruptcy Court   District of Minnesota | | |
| Case number:  24-31320 | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Caleb Dalles Oberg                Anastasia Carla Oberg

**By the court:** <u>William J Fisher</u>
United States Bankruptcy Judge

<u>8/20/24</u>

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Minnesota

In re:  
Caleb Dalles Oberg  
Anastasia Carla Oberg  
    Debtors

Case No. 24-31320-WJF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-3     User: admin     Page 1 of 2  
Date Rcvd: Aug 21, 2024     Form ID: mnbb318     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Caleb Dalles Oberg, Anastasia Carla Oberg, 15371 Foliage Ave, Apple Valley, MN 55124-5921 |
| 63172569 | | American Partners Federal Credit Union, 175 W Lafayette Rd, Saint Paul, MN 55107-1420 |
| 63172567 | + | Jeremiah Joseph Dunbar, 12100 Marion LN W, Minnetonka, MN 55305-1373 |
| 63172576 | | The Remedy, 7300 147th St W Ste 404, Apple Valley, MN 55124-7580 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Aug 22 2024 01:11:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Aug 21 2024 21:14:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Aug 21 2024 21:14:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63172568 | | Email/Text: solutionsbankruptcy@affinityplus.org | Aug 21 2024 21:15:00 | Affinity Plus Federal Credit Union, 175 W Lafayette Frontage Rd, Saint Paul, MN 55107-1488 |
| 63172571 | | EDI: CITICORP | Aug 22 2024 01:11:00 | CBNA, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 63172570 | + | EDI: CAPITALONE.COM | Aug 22 2024 01:11:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 63172572 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Aug 21 2024 21:14:00 | Dept of Ed/Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 63172573 | | EDI: JPMORGANCHASE | Aug 22 2024 01:11:00 | JP Morgan Chase, PO Box 15369, Wilmington, DE 19850 |
| 63172574 | | Email/Text: customerservice.us@klarna.com | Aug 21 2024 21:14:00 | Klarna, 629 N High St Fl 300, Columbus, OH 43215-2929 |
| 63172575 | + | Email/Text: rcmbankruptcynotices@allina.com | Aug 21 2024 21:15:00 | Mercy Hospital, 4050 Coon Rapids Blvd NW, Minneapolis, MN 55433-2522 |
| 63172577 | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Aug 21 2024 21:14:00 | United States Trustee, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| 63172578 | | Email/Text: curtwalkerbky@gmail.com | Aug 21 2024 21:14:00 | Walker and Walker Law Offices, 4356 Nicollet Ave, Minneapolis, MN 55409-2033 |
| 63172579 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Aug 21 2024 21:14:00 | Westlake Financial Services, P.O. Box 54807, Los Angeles, CA 90054-0807 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Aug 23, 2024 | Signature: | /s/Gustava Winters |
| --- | --- | --- |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Andrew C. Walker | on behalf of Debtor 2 Anastasia Carla Oberg curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Andrew C. Walker | on behalf of Debtor 1 Caleb Dalles Oberg curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Mary Jo A Jensen-Carter | trustee1@buckleyjensen.com trustee@buckleyjensen.comcastbiz.net;MN01@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4